# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, | CASE NO. 1:06-CV-00692-AWI-LJO-P |
| Plaintiff, | Appeal No. 06-16360 |
| v. | ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL AND CERTIFYING APPEAL NOT TAKEN IN GOOD FAITH (Docs. 8 and 9) |
| CALIFORNIA CORRECTIONAL INSTITUTION CONFINEMENT SHU, et al., | |
| Defendants. | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL (Docs. 8 and 9) |
| | ORDER DIRECTING CLERK'S OFFICE TO SERVE COPY OF ORDER ON NINTH CIRCUIT |

Plaintiff Willie Weaver ("plaintiff") is a state prisoner who was proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 5, 2006. (Doc. 1.) Because the complaint in this action set forth the same claims as those set forth in case number 1:06-CV-00442-AWI-SMS-P filed on April 17, 2006, the Court dismissed this action as duplicative of case number 1:06-CV-00442-AWI-SMS-P on June 27, 2006. (Doc. 4.) Plaintiff filed a notice of appeal on July 10, 2006, and a motion seeking leave to proceed in forma pauperis on appeal on August 7, 2006. (Docs. 6, 8, 9.)

Plaintiff was not proceeding in forma pauperis in this action in the district court because this action is duplicative of another pending action and the Court deemed it in the interest of justice to dismiss it without requiring plaintiff to either pay the filing fee in full or file an application to

proceed in forma pauperis. Because plaintiff was not proceeding in forma pauperis in this action in the district court, he is not entitled to proceed in forma pauperis on appeal unless authorized by the Court. Fed. R. App. P. 24(a)(3).

The Court finds that plaintiff's appeal of the dismissal of this action is not taken in good faith. Although the Court has not yet declared plaintiff to be a vexatious litigant or entered a pre-filing order against plaintiff, the Court notes that plaintiff has filed one-hundred twenty-four actions in the Eastern District of California as of September 25, 2006, many of which were filed in September alone.[1] In many instances, plaintiff filed, and continues to file, multiple actions in one day. A review of the Ninth Circuit's docket reveals that plaintiff has also filed multiple appeals.

The claims raised in this action are duplicative of those raised in case number 1:06-CV-00442-AWI-SMS-P, and plaintiff's notice of appeal of the dismissal of this action is devoid of *any* stated bases supporting the appeal. Pursuant to Federal Rule of Appellate Procedure 24(a)(2) and 24(a)(4), the Court finds that the appeal is not taken in good faith and plaintiff's motion seeking leave to proceed in forma pauperis on appeal shall be denied for that reason.

Plaintiff also seeks the appointment of counsel. Plaintiff's motion is best directed to the Ninth Circuit. However, in light of the fact that plaintiff filed his motion in the district court, this Court will address it.

The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989). In certain exceptional circumstances, the Court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997). Without a reasonable method of securing and compensating counsel, this Court will seek volunteer counsel only in the most serious and exceptional cases.

In the present case, the Court does not find the required exceptional circumstances. See id. This action was dismissed as duplicative of another pending case and the Court has found that

---

[1] The Court takes judicial notice of its docket.

2

1 plaintiff's appeal of the dismissal was not taken in good faith.  Therefore, plaintiff's request for the
2 appointment of counsel shall be denied.
3      Based on the foregoing, it is HEREBY ORDERED that:
4     1.     Plaintiff's motion seeking leave to proceed in forma pauperis on appeal, filed August
5          7, 2006, is DENIED;
6     2.     Pursuant to Federal Rule of Appellate Procedure 24(a)(4), this order shall serve as
7          notice to plaintiff and the United States Court of Appeals for the Ninth Circuit of the
8          finding that plaintiff is not entitled to proceed in forma pauperis on appeal because
9          the appeal is not taken in good faith;
10     3.     Plaintiff's motion for the appointment of counsel, filed August 7, 2006, is DENIED;
11          and
12     4.     The Clerk of the Court shall serve a copy of this order on plaintiff and the United
13          States Court of Appeals for the Ninth Circuit.
14
15 IT IS SO ORDERED.
16 **Dated:**   **September 28, 2006**           /s/ Anthony W. Ishii
    0m8i78                                                                      UNITED STATES DISTRICT JUDGE
17